IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALFONSO PERCY PEW | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-4925 |
| | : | |
| CHARLES ROSS | : | |

**ORDER**

AND NOW, this 30th day of September, 2026, upon consideration of Defendant's Charles Ross's Motion to Dismiss Plaintiff's Complaint (ECF No. 9) and pro se Plaintiff Percy Pew's response in opposition to the Motion (ECF No. 12), and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (ECF No. 9) is GRANTED in part and DENIED in part as follows:

- The Motion is GRANTED as to Pew's Fourteenth Amendment equal protection claim, which is DISMISSED with prejudice.
- The Motion is DENIED as to Pew's Eighth Amendment deliberate indifference claim.
- Ross shall file his answer within 14 days of the date of this Order.
- The Court will address Pew's request for injunctive relief at the telephonic Rule 16 conference in this case, which will be scheduled by separate order.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.